UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEANIE HANO,** 496661 | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-7741** |
| **WARDEN, LOUISIANA CORRECTIONAL INSTITUTION FOR WOMEN** | **SECTION "S" (6)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS HEREBY ORDERED** that the petition of **Jeanie Hano** for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this  1st  day of      August     , 2011.

UNITED STATES DISTRICT JUDGE